IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HERMION MCLAURIN,                        :
                                         :
                       Petitioner,       :          CIVIL ACTION NO. 14-2261
                                         :
        v.                               :
                                         :
BERKS COUNTY OFFICE OF                   :
ADULT PROBATION, DISTRICT                :
ATTORNEY OF THE COUNTY OF                :
BERKS, and ATTORNEY GENERAL              :
OF THE STATE OF PENNSYLVANIA,            :
                                         :
                       Respondents.      :

## ORDER

**AND NOW**, this 11th day of August, 2015, after considering the petition for writ of habeas corpus (Doc. No. 1), the respondents' answer thereto (Doc. No. 9), the state-court record, and the report and recommendation filed by United States Magistrate Judge Henry S. Perkin (Doc. No. 10), accordingly, it is hereby **ORDERED** as follows:

1.      The Honorable Henry S. Perkin's report and recommendation (Doc. No. 10) is **APPROVED** and **ADOPTED**;

2.      The petition for writ of habeas corpus (Doc. No. 1) is **DENIED**;[1] and

---

[1] The court conducts a *de novo* review and determination of the portions of the report and recommendation by the magistrate judge to which there are objections. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."); *see also* E.D. Pa. Loc. R. Civ. P. 72.1(IV)(b) (providing requirements for filing objections to magistrate judge's proposed findings, recommendations or report).  In this matter, no objections to the report and recommendation were filed within the 14 day time period.

3.    The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.